IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02677-CMA-MEH

LARRY C. MILLER,

    Plaintiff,

v.

CAPTAIN KASTELIC,
DANIEL REIMER,
LT. RIDGWELL,
INVESTIGATOR BROWNSTEIN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 16, 2013.**

    Pending before the Court is Plaintiff's Motion for Substitution of Service [filed January 11, 2013; docket #19]. Due to Plaintiff's status as a *pro se* litigant proceeding *in forma pauperis*, the Court will facilitate service at the locations Plaintiff has identified in his Addendem (sic) to Prisoner Complaint 1983 [docket #16]. *See* Fed. R. Civ. P. 4(c)(3). Until such efforts have proven unsuccessful, the Court declines to consider whether substitute service is warranted. Therefore, Plaintiff's Motion is **denied without prejudice**.