**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02677-CMA-MEH

LARRY C. MILLER,

    Plaintiff,

v.

CDOC EXECUTIVE DIRECTOR TOM CLEMENTS,
CORRECTIONS CORPORATION OF AMERICA (CCA),
WARDEN MILLER, Crowley County Corrections Facility (CCCF),
CAPTAIN KASTELIC, Shift Commander CCF,
INMATE DANIEL REIMER #98949, CCCF/Denver Parole,
LT. RIDGWELL, CCCF-5 Hearings Officer, and
INVESTIGATOR BROWNSTEIN, CCCF Security/Investigations,

    Defendants.

---

**ORDER GRANTING DISMISSAL OF DEFENDANT INVESTIGATOR BROWNSTEIN**

---

The Court having reviewed Plaintiff's Motion to Dismiss Plaintiff [sic] Brownstein (Doc. # 48), hereby GRANTS the motion and ORDERS as follows:

Defendant Investigator Brownstein is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Investigator Brownstein as a Defendant in this case.

DATED: April __09__, 2013

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Judge