IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02677-CMA-MEH

LARRY C. MILLER,

    Plaintiff,

v.

CAPTAIN KASTELIC,
DANIEL REIMER, and
LT. RIDGWELL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 24, 2013.**

    The Motion to Withdraw Defendant Ridgwell's Motion to Dismiss Plaintiff's Prisoner Complaint [filed April 22, 2013; docket #56] is **granted**. Defendant Ridgwell's Motion to Dismiss [filed March 19, 2013; docket #38] is hereby **withdrawn** and Defendant Ridgwell's Answer [docket #57] is accepted as filed.