IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02677-CMA-MEH

LARRY C. MILLER,

      Plaintiff,

v.

CAPTAIN KASTELIC,
DANIEL REIMER, and
LT. RIDGWELL,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 24, 2013.**

      Plaintiff's "Motion to Dismiss Defendant's Claim of Custody of Witnesses" [filed May 22, 2013; docket #70] is liberally construed by the Court as Plaintiff's request for direct access (i.e., without the presence of the opposing attorney) to certain unidentified former and current employees of the Corrections Corporation of America ("CCA") for the purpose of obtaining discovery, which Plaintiff does not describe. Because applicable rules exist limiting a litigant's direct contact with certain individuals, particularly on the opposing side, the motion is **denied without prejudice**. Plaintiff may re-file his motion identifying the individuals currently or formerly employed with the CCA with whom he wishes to have direct contact and the subject matter of the discovery he seeks from such individuals.