IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02677-CMA-MEH

LARRY C. MILLER,

    Plaintiff,

v.

CAPTAIN KASTELIC,
DANIEL REIMER, and
LT. RIDGWELL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 19, 2013.**

    Pending before the Court are Plaintiff's Motion for Summary Judgment Against Lt. Ridgwell [filed August 15, 2013; docket #102] and Plaintiff's Motion for Summary Judgment Against Defendant Captain Kastelic [filed August 15, 2013; docket #103]. Pursuant to Section III.G. of Judge Arguello's Practice Standards, "[a] party may **NOT** file multiple motions for summary judgment without obtaining permission from the Court." (emphasis in original). Plaintiff has neither requested nor received permission from the Court to file multiple motions for summary judgment. Therefore, the Motions are **stricken** for failure to comply with Judge Arguello's Practice Standards.

    In the event Plaintiff renews his request for summary judgment against Defendants, he is advised that Judge Arguello's Practice Standards restrict such motions to twenty pages except "in cases of extraordinary complexity" where the party has sought and received advanced permission to file additional pages.