IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02677-CMA-MEH

LARRY C. MILLER,

    Plaintiff,

v.

CAPTAIN KASTELIC,
DANIEL REIMER, and
LT. RIDGWELL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 4, 2013.**

    Plaintiff's Request for Permission to File Multiple Motions for Summary Judgment [filed October 2, 2013; docket #118] is **granted in part and denied in part**. Only under exceptional circumstances will the Court grant motions allowing a party to file more than one motion for summary judgment. (*See* CMA Civ. Pro. Stand. ¶ IIIA). The Plaintiff has failed to demonstrate exceptional circumstances; therefore, Plaintiff's request to file multiple motions for summary judgment is denied. However, the Court finds it appropriate to grant Plaintiff's request to expand the twenty-page limit for his summary judgment motion to twenty-five (25) pages.