IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02677-CMA-MEH

LARRY C. MILLER,

    Plaintiff,

v.

CAPTAIN KASTELIC,
DANIEL REIMER, and
LT. RIDGWELL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 4, 2013.**

    Before the Court is Plaintiff's Motion to for Default Judgment Regarding Defendant Daniel Reimer [filed October 2, 2013; docket #120]. Pursuant to Fed. R. Civ. P. 55(a), the Clerk of the Court must enter the party's default before the Court may enter a default judgment. On October 2, 2013, the Clerk of the Court denied the Plaintiff's request for default against Daniel Reimer. (Docket #121). Accordingly, Plaintiff's Motion is **denied without prejudice**.