IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02677-CMA-MEH

LARRY C. MILLER,

    Plaintiff,

v.

CAPTAIN KASTELIC,
DANIEL REIMER, and
LT. RIDGWELL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2013.**

    The Plaintiff's Complaint to the Court Regarding Violation of Confidentiality by Kastelic's and Ridgwell's Counsel Through Discovery [filed November 1, 2013; docket #133] is **denied without prejudice**. The Court has construed the document as a motion; however, Plaintiff has not complied with D.C. Colo. LCivR 7.1C, which states that "a motion involving a contested issue of law shall state under which rule or statute it is filed and be supported by a recitation of legal authority incorporated into the motion." Additionally, if Plaintiff wishes to maintain the confidentiality of the personal information contained in his motion, he should file a motion to restrict access pursuant to D.C. Colo. LCivR 7.2B.