IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02677-CMA-MEH

LARRY C. MILLER,

    Plaintiff,

v.

CAPTAIN KASTELIC,
DANIEL REIMER, and
LT. RIDGWELL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2013.**

    The Plaintiff's Motion for Request of Copy of Oral Deposition Conducted by Defendant's Counsel [filed November 1, 2013; docket #134] is **denied**. 28 U.S.C. section 1915(c) explains that the Court may direct payment by the United States of certain expenses for *pro se* prisoners, including the expenses of "preparing a transcript of proceedings before a United States magistrate judge in any civil or criminal case, if such transcript is required by the district court, in the case of proceedings conducted under section 636(b) of this title or under 3401(b) of title 18, United State Code." A deposition is not a proceeding before a United States magistrate judge. Further, the record indicates that no copy of the deposition transcript has been filed and the Court itself does not possess a copy of the transcript requested by the Plaintiff. Of course, the Plaintiff may request a copy of the deposition transcript, at his own expense, from the Defendants.