**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02677-CMA-MEH

LARRY C. MILLER,

    Plaintiff,

v.

CAPTAIN KASTELIC, Shift Commander CCF,
INMATE DANIEL REIMER #98949, CCCF/Denver Parole, and
LT. RIDGWELL, CCCF-5 Hearings Officer,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting and Affirming the April 3, 2014 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on May 23, 2014 it is

    ORDERED that Defendants Kastelic and Ridgwell's Motion for Summary Judgment (Doc. # 140) is GRANTED. It is further

    Ordered Plaintiff's failure to protect (claim 7) and due process (claim 11) claims are dismissed with prejudice. It is further

    ORDERED that this action is REMANDED to the District Court, Fremont County, Colorado, for further proceedings related to Plaintiff's state law claims against Defendant Reimer. It is further

ORDERED that Defendants Kastelic and Ridgwell shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 9th day of June, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ A. Thomas

Deputy Clerk