IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-02677-CMA-MEH

LARRY C. MILLER,

Plaintiff,

v.

CAPTAIN KASTELIC,
DANIEL REIMER, and
LT. RIDGWELL,

Defendants.

**ORDER AFFIRMING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE TO APPOINT COUNSEL**

This matter is before the Court on the February 6, 2015 Recommendation by United States Magistrate Judge Michael E. Hegarty *sua sponte* that the District Court direct the Clerk of the Court to appoint counsel for Plaintiff in this case. (Doc. # 213.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Court has reviewed the Pilot Program to Implement a Civil Pro Bono Panel, Section III(B)(3). In accordance with D.C.COLO.LAttyR 15 of the U.S. District Court's Local Rules, the Court hereby determines that Plaintiff Miller merits appointment of counsel drawn from the Civil Pro Bono Panel. The Court is satisfied that the four factors and considerations listed in Section III(B)(3) have been met. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Hegarty as the findings and

conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 213) is AFFIRMED and ADOPTED.  It is

FURTHER ORDERED that the Clerk shall select, notify, and appoint counsel to represent the unrepresented party in this civil matter.  The unrepresented party is advised that the clerk will select counsel from the Panel; however, there is no guarantee that Panel members will undertake representation in every case selected as part of the Pilot Program.  The Court cautions that the Plaintiff is responsible for all scheduled matters, including hearings, depositions, motions, and trial.

DATED:  March __2__, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge