IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02677-CMA-MEH

LARRY C. MILLER,

      Plaintiff,

v.

CAPTAIN KASTELIC,
DANIEL REIMER, and
LT. RIDGWELL,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 29, 2015.**

      Plaintiff's Unopposed Motion to Convert Final Pretrial Conference to a Status Conference [filed May 28, 2015; docket #229] is **granted**. The Final Pretrial Conference currently set for June 18, 2015 is **converted** to a Status Conference, at which counsel for the parties shall be prepared to discuss the status of discovery in this case.