IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-02677-CMA-MEH

LARRY C. MILLER,

Plaintiff,

v.

CAPTAIN KASTELIC,
DANIEL REIMER, and
LT. RIDGWELL,

Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Joint Stipulated Motion to Dismiss with Prejudice signed by the attorneys for the parties hereto (Doc. # 235), it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED: July 31, 2015

BY THE COURT:

*Christine M Arguello*
CHRISTINE M. ARGUELLO
United States District Judge